# United States District Court
## For The Western District of North Carolina
### Charlotte Division

STEVEN JERMONTE CURETON,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                          3:09CV274

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2009 Order.

Signed: July 8, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court